UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUREEN FRENCH,

                        Plaintiff,

        -against-

HRA/NYC, et al.,

                        Defendants.

1:24-CV-5089 (JLR)

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff Maureen French brings this *pro se* action asserting claims of race-based employment discrimination, as well as claims of retaliation, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and claims under state law, including claims under the New York State and City Human Rights Laws. She sues: (1) "HRA/NYC," her former employer, which appears to be the New York City Human Resources Administration ("HRA"); (2) HRA Director Karen Roach; (3) HRA Supervisor Joan Reid; (4) HRA Supervisor Jacquelyn Brown; (5) HRA Provisional Supervisor Tony Irhiemi; and (6) HRA Caseworker Merva Boatswain. Plaintiff seeks damages and injunctive relief.

      By order dated July 5, 2024, the court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on the defendants.

## DISCUSSION

      Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any

*Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Service Process Receipt and Return form ("USM-285 form") for each of the defendants. The Clerk of Court is further instructed to issue summonses for the defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of the summonses and the complaint upon the defendants.

If the summonses and the complaint are not served within 90 days after the date that summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs service on the defendants.

The Court further directs the Clerk of Court to: (1) issue summonses for: (a) "HRA/NYC," (b) Karen Roach, (c) Joan Reid, (d) Jacquelyn Brown, (e) Tony Irhiemi, and (f) Merva Boatswain; (2) complete USM-285 forms with the service addresses for those

---

summonses be issued. The Court therefore extends the time to serve until 90 days after the date that any summonses issue.

defendants, and; (3) deliver all documents necessary to effect service of summonses and the complaint upon those defendants to the USMS.

SO ORDERED.

Dated: August 27, 2024
New York, New York

                                        *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. HRA/NYC
   City of New York
   Legal Department
   100 Church Street
   New York, New York 10007

2. Karen Roach, HRA Director
   894 Garrison Avenue
   First Floor
   Bronx, New York 10474

3. Joan Reid, HRA Supervisor
   894 Garrison Avenue
   First Floor
   Bronx, New York 10474

4. Jacquelyn Brown, HRA Supervisor
   894 Garrison Avenue
   First Floor
   Bronx, New York 10474

5. Tony Irhiemi, HRA Provisional Supervisor
   894 Garrison Avenue
   First Floor
   Bronx, New York 10474

6. Merva Boatswain, HRA Caseworker
   894 Garrison Avenue
   First Floor
   Bronx, New York 10474