UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MAUREEN FRENCH, :
:
:
Plaintiff, :
: 24-CV-5089 (JAV)
-v- :
: ORDER
:
HRA/NYC, DIRECTOR KAREN ROACH, :
SUPERVISOR JOAN REID, SUPERVISOR :
JACQUELYN BROWN, TONY IRHIERMI, and :
MERVA BOATSWAIN, :
:
Defendants. :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record during the conference held earlier today:

- Defendants' Motion to Stay Discovery is **GRANTED**.
- By May 28, 2025, Plaintiff shall submit via the Pro Se Intake Office a letter informing the Court whether she intends to amend her Complaint or rely on her previously filed Opposition to Defendants' pending Motion to Dismiss.

The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

Dated: May 14, 2025
       New York, New York                    _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge