UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAUREEN FRENCH, :
:
:
Plaintiff, :
: 24-CV-5089 (JAV)
-v- :
: ORDER
:
HRA/NYC, DIRECTOR KAREN ROACH, :
SUPERVISOR JOAN REID, SUPERVISOR :
JACQUELYN BROWN, TONY IRHIERMI, and :
MERVA BOATSWAIN, :
:
Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

     In light of the Plaintiff's later dated May 22, 2025 (ECF No. 30), indicating her intent to file an amended complaint, the Court **ORDERS** that Plaintiff's Amended Complaint in response to the motion to dismiss shall be submitted to the Pro Se Intake Unit by no later than **July 11, 2025**.

     By **August 8, 2025**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **September 5, 2025**, and any reply shall be filed by **September 19, 2025**.

     SO ORDERED.

Dated: May 29, 2025
      New York, New York
                                                           JEANNETTE A. VARGAS
                                                           United States District Judge