UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAUREEN FRENCH,                                                   :
:
                            Plaintiff,           :
:        24-CV-5089 (JAV)
        -v-                                                     :
:        <u>ORDER</u>
:
HRA/NYC, DIRECTOR KAREN ROACH,                                    :
SUPERVISOR JOAN REID, SUPERVISOR                                  :
JACQUELYN BROWN, TONY IRHIERMI, and                               :
MERVA BOATSWAIN,                                                  :
:
                           Defendants.          :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On May 29, 2025, the Court ordered that Plaintiff's deadline to file an Amended Complaint in response to Defendants' Motion to Dismiss was July 11, 2025. ECF No. 31. Plaintiff appears to have filed the Amended Complaint on August 1, 2025. ECF No. 34.

      In light of the fact that Plaintiff is a pro se litigant, the Court extends, *nunc pro tunc*, the deadline for Plaintiff to file the Amended Complaint and for Defendants to respond to the Amended Complaint. By **August 29, 2025**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by **September 26, 2025**, and any reply shall be filed by **October 10, 2025**.

      SO ORDERED.

Dated: August 7, 2025
       New York, New York
                                                               JEANNETTE A. VARGAS
                                                              United States District Judge